| **Return** | | |
|---|---|---|
| Case No.:<br>7:23mj76 | Date and time warrant executed:<br>6/21/23  1:35PM | Copy of warrant and inventory left with:<br>Electronic Service |
| Inventory made in the presence of : SA Jerre Harvard | | |

Inventory of the property taken and name of any person(s) seized:

Electronic records produced by Google and received by HSI in fulfillment of terms of the search warrant.

**Received in Chambers**
By Reliable Electronic Means

September 20, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/19/2023

JERRE E HARVARD III
Digitally signed by JERRE E HARVARD III
Date: 2023.09.19 13:47:43 -04'00'

*Executing officer's signature*

Jerre E. Harvard, Special Agent
*Printed name and title*